# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CLAUDIA GUADALUPE ANGULO,<br><br>                    Defendant. | CASE NO. 15CR2028-BEN<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, with prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

    Title 21, U.S.C., Secs. 952 and 960 -Importation of Heroin, Cocaine and Methamphetamine (Felony)

---

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 15, 2016

                                            Bernard G. Skomal
                                            U.S. Magistrate Judge